# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Pavemaster Asphalt & Sealing Inc | 1/4/2023 | 266442 | Check | $ 10,688.70 |
| | | | | | $ 10,688.70 |